NO. 07-02-0214-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 26, 2003

______________________________

GUADALUPE C. MENDOZA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 121
ST
 DISTRICT COURT OF TERRY COUNTY;

NO. 4432; HONORABLE KELLY G. MOORE, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

CONCURRING OPINION

I do not read the court’s opinion as indicating approval of a prosecuting attorney’s active participation in the prosecution of his former client. It seems to me that such a practice almost invariably raises at least the appearance of a conflict of interest and is to be discouraged. That said, I join in the court’s opinion.

James T. Campbell

Do not publish.         Justice